# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> David Jackson <br><br> Defendant. | Case No.: 08-390-AHM <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his prior conviction for facilitating the escape of a felon, his use of different social security #s and aliases, and his transient housing and employment status.

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: his criminal history, including his 13 felony forgery convictions as well as his convictions for burglary, theft, and three convictions for felon in possession of a firearm

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Aug. 1, 2008

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE